UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PIROLO, PASQUALE ) | | Case No. 04-43604-SQU |
| PIROLO, GIOVANNA ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Order Awarding Attorneys' Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the requests for compensation and expenses are allowed as follows;

1.     COHEN & KROL
   *Attorney for Trustee*
   a.     Compensation      $1,633.50
   b.     Expenses      $14.83

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE