UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| PIROLO, PASQUALE ) | Case No. 04-43604-SQU | |
| PIROLO, GIOVANNA ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

    On: **November 16, 2007**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                        $20,380.01

    Disbursements                                                                                 $26.10

    Net Cash Available for Distribution                                                    $20,353.91

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $1,646.78 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,633.50 | $14.83 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $6,815.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Arrow Financial Services Llc | $5,048.24 | $5,402.24 |
| 000002 | Universal Casualty Company | $825.75 | $883.67 |
| 000003 | Kohl"S Dept Store | $941.68 | $1,007.74 |

8. Trustee proposes to return a surplus of funds to the Debtors approximating $9,765.15.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Furniture | 900.00 |
| Clothing | 500.00 |
| Automobiles | 3,500.00 |

Dated: **October 23, 2007**                                     For the Court,

                                                       By:   **KENNETH S. GARDNER**
                                                             CLERK OF BANKRUPTCY COURT
                                                             KENNETH S. GARDNER

Trustee:        Gina B. Krol
Address:        105 West Madison Street
                Suite 1100
                Chicago, IL  60602-0000
Phone No.:      (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

04-43604    Doc 24    Filed 10/23/07    Entered 10/26/07 00:03:50    Desc Imaged
                      Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                   User: amcc7                   Page 1 of 1                   Date Rcvd: Oct 23, 2007
Case: 04-43604                         Form ID: pdf002               Total Served: 26

The following entities were served by first class mail on Oct 25, 2007.
 db          +Pasquale Pirolo,    1343 Seabury Circle,    Carol Stream, IL 60188-4823
 jdb         +Giovanna Pirolo,    1343 Seabury Circle,    Carol Stream, IL 60188-4823
 aty         +Irwin L Zalutsky,    Zalutsky & Pinski Ltd,    20 N Clark St,    Suite 600,    Chicago, IL 60602-4184
 tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
 8974074      Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
 8716133      Aspire,    Acct # xxxx-xxxx-xxxx-3973,    P.O. Box 23007,    Columbus, GA 31902-3007
 8716134     +Blatt, Hassenmiller, Leibsker Moore,    2 N LaSalle St, Suite 900,    Chicago, IL 60602-4059
 8716135     +Capital One Gold,    Acct # xxxx-xxxx-xxxx-1879,    P.O. Box 26074,    Richmond, VA 23260-6074
 8716136     +Capital One Gold Visa,    Acct # xxxx-xxxx-xxxx-3216,    PO Box 489005,    Chicago, IL 60714-9005
 8716137     +Central Dupage Hospital,    ATTN: PATIENT ACCOUNT,    25 North Winfield Road,
               Winfield, IL 60190-1295
 8716138     +Discount Home Builders,    c/o Berkson, Gorov & Levin,    221 North LaSalle,
               Chicago, IL 60601-1206
 8716140     +Great Bank,    Acct # x5223,    234 South Randall Road,    Algonquin, IL 60102-9775
 8716141      Harlem Furniture,    c/o HRS USA,    P.O. Box 17602,    Baltimore, MD 21297-1602
 8716142     +Kohl's,    Acct # xxxxxxxx0803,    245 Old Country Road,    Melville, NY 11750-0001
 9102243     +Kohl's Dept Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas TX 75374-0933
 8716143     +Leon W Moore,    125 S Wacker Drive Suite 400,    Chicago, IL 60606-4440
 8716144     +MCI World Com,    P.O. Box 17890,    Denver, CO 80217-0890
 8716145      Orchard Bank,    Acct # xxxxxxxx6050,    9400 Southwest Beaverton,    Beaverton, OR 97005
 8716146     +Palisades Collection LLC,    Acct # xxxxSCxx5634,    PO Box 1274,    Englewood Cliffs, NJ 07632-0274
 8716147     +Progressive Asset Management Ser,    Acct # xxx206-1,    5924 E Los Angeles   Suite P,
               Simi Valley, CA 93063-5526
 8716148      Providian,    Acct # xxxx-xxxx-xxxx-5254,    P.O. Box 9007,    Pleasanton, CA 94566-9007
 8716150     +Universal Casualty Company,    Acct # xxCAILxUx9458G,    7280 N. Caldwell,    Niles, IL 60714-4502
 8716151      Wal Mart,    Acct # xxxx-xxxx-xxxx-5596,    P.O. Box 530937,    Atlanta, GA 30353-0937
 8716152      Wells Fargo,    Acct # xxxx2999,    P.O. Box 29475,    Phoenix, AZ 85038-9475
 8716153     +WorldCom Wireless,    Acct # xxx206-1,    50 Charles Lindbergh Blvd.,    Uniondale, NY 11553-3626

The following entities were served by electronic transmission on Oct 24, 2007.
 8716139      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55      Discover,
               Acct # xxxx xxxx xxxx5396,    P.O. Box 32911,    Columbus, OH 43232
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 8716149      Silver Preferred,    Acct # xxxx-xxxx-xxxx-5628,    UNKNOWN ADDRESS
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2007**                          **Signature:**   *[signed] Joseph Speetjens*